**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**BETH P. GESNER**<br>**UNITED STATES MAGISTRATE JUDGE** | **101 W. LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-4288**<br>**(410) 962-3844 FAX** |

June 29, 2010

Michael E. Geltner, Esquire
Geltner and Associates PC
105 N. Virginia Ave., Ste. 305
Falls Church, VA 22046

Mr. Martin Samler
213A West Sanderson Street
Savannah, GA 31401

Matthew J. Turner, Esquire
Agora Management LLC
14 W. Mt. Vernon Pl
Baltimore, MD 21202

   Subject: Agora Financial, LLC, et al. v. Samler
        Civil Action No.: WDQ-09-1200

Dear Counsel and Mr. Samler:

  On June 17, 2010, I issued a Report and Recommendation in the above-referenced case. (Paper No. 23.) It appears that the Report and Recommendation was erroneously docketed under seal. Earlier today, it was unsealed. Accordingly, all parties shall have fourteen (14) days from today to serve and file any objections to the Report and Recommendation.

  Despite the informal nature of this letter, it will constitute an Order of this Court and will be docketed accordingly.

                Very truly yours,

                /s/

                Beth P. Gesner
                United States Magistrate Judge

cc: Judge Quarles