IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

|  |  |
|---|---|
| AGORA FINANCIAL, LLC, *et al.*, <br><br>　　Plaintiffs, <br><br>　　　v. <br><br>MARTIN SAMLER, <br><br>　　Defendant. | *<br>*<br>*<br>*<br>　CIVIL NO.: WDQ-09-1200<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

Upon review of Magistrate Judge Beth P. Gesner's June 17, 2010 Report and Recommendation, to which no objections have been filed, it is, this 15th day of July 2010, ORDERED that:

1. Judge Gesner's Report and Recommendation (Paper No. 23) BE, and HEREBY IS, ADOPTED AS AN ORDER OF THE COURT;

2. Agora Financial's motion for default judgment (Paper No. 10) BE, and HEREBY IS, DENIED;

3. This case BE, and HEREBY IS, CLOSED; and

4. The Clerk of the Court shall send copies of this Order to the parties.

　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　William D. Quarles, Jr.
　　　　　　　　　　　　　　　　　　United States District Judge

1